UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KATHY GORDON JACKSON | : | CASE NO: C-1-00-813 |
| | : | |
| VS. | : | JUDGE HOGAN |
| | : | |
| CITY OF CINCINNATI, ET AL. | : | MOTION TO EXTEND TIME UNTIL NOVEMBER 7, 2003 |
| | : | TO RESPOND TO PLAINTIFF'S MOTION TO REOPEN THE CASE |
| | : | |

The City of Cincinnati has been in direct communication with the counsel for Plaintiff concerning a resolution of this case. Counsel for the City of Cincinnati and Plaintiff's counsel are trying to arrange a date during the week of November 3, 2003 to discuss this case more thoroughly. Counsel for the Plaintiff does not object to extending the time the City of Cincinnati has to respond to the Motion. For the above stated reasons, the City of Cincinnati respectfully request until November 7, 2003 to respond to Plaintiff's Motion.

Respectfully submitted,

/s/ Thomas J.Harris
Thomas J. Harris III (0065946)
Attorney for the City of Cincinnati et al.
801 Plum Street, Room 214
Cincinnati, Ohio 45202
513. 352.3321
FAX: 513.352.1515
Email: tom.harris@cincinnati-oh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2003, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following: David Hardin, Esq., Hardin Lefton, Lazarus & Marks, LLC, 915 Cincinnati Club Building, 30 Garfield Place, Cincinnati, Ohio 45202 and I hereby certify that I have mailed a copy of the document by ordinary U.S. mail to the above-named attorney this 31st day of October 2003.

/s/ **Thomas J. Harris**
Thomas J. Harris III (0065946)