UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kathy Gordon Jackson,
    Plaintiff,

v.

City of Cincinnati, et al.,
    Defendants.

Case No. C-1-00-813
(Hogan, MJ)

ORDER

This case is before the Court for Defendant's unopposed motion for an extension of time to respond to Plaintiff's motion to reopen the case (Doc. 25). For good cause shown, the motion is hereby **GRANTED.** The Defendant has through and including November 7, 2003 to respond to Plaintiff's motion.

    SO ORDERED.

Date  11/3/2003

bac    November 3, 2003

J:\CRUMBA\FORMS\CALENDAR\2000\00-813.wpd

s/Timothy S. Hogan
Timothy S. Hogan
United States Magistrate Judge