UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **KATHY GORDON JACKSON** | : | **CASE NO: C-1-00-813** |
| | : | |
| **VS.** | : | **JUDGE HOGAN** |
| | : | |
| **CITY OF CINCINNATI, ET AL.** | : | **MOTION TO EXTEND TIME UNTIL NOVEMBER 15, 2003** |
| | : | **TO RESPOND TO PLAINTIFF'S MOTION TO REOPEN THE CASE** |
| | : | |

The City of Cincinnati has been in direct communication with the counsel for Plaintiff concerning a resolution of this case. Counsel for the City of Cincinnati and Plaintiff's counsel are still trying to settle Plaintiff's claim. Counsel for the Plaintiff does not object to extending the time the City of Cincinnati has to respond to the Motion. For the above stated reasons, the City of Cincinnati respectfully request until November 15, 2003 to respond to Plaintiff's Motion.

Respectfully submitted,

/s/ Thomas J. Harris
Thomas J. Harris III (0065946)
Attorney for the City of Cincinnati et al.
801 Plum Street, Room 214
Cincinnati, Ohio 45202
(513) 352-3321
FAX: (513)352-1515
Email: tom.harris@cincinnati-oh.gov.

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to opposing counsel David Hardin, Esq., Hardin Lefton, Lazarus & Marks, LLC, 915 Cincinnati Club Building, 30 Garfield Place, Cincinnati, Ohio 45202 and I hereby certify that I have mailed by ordinary U.S. mail the foregoing document to the above-referenced counsel this 10th day of November, 2003.

/s/ Thomas J. Harris
Thomas J. Harris III (0065946)