## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

---

Kathy Gordon-Jackson,
    Plaintiff

  vs                                        Case No. C-1-00-813
                                                     (Hogan, M.J.)

City of Cincinnati, et. al.,
    Defendants

---

### ORDER

---

      This matter is before the Court on Plaintiff's Motion to Enforce the Settlement Agreement or in the Alternative to Reset Matter on Court's Docket (Doc.24). Defendants requested, and were granted, two extensions of time in which to file a Response to Plaintiff's Motion to Reopen Case (*See* Docs. 16, 28). Defendants represented that they were in "direct communication with counsel for Plaintiff concerning a resolution of this case." Therefore Defendants were granted an extension of time until November 15, 2003 in which to file their Response to Plaintiff's Motion to Reopen. To date, Defendants have neither filed a Response nor informed the Court of the resolution of this matter.

      **IT IS THEREFORE ORDERED THAT** Defendants show cause, in writing, within ten (10) days why Plaintiff's Motion to Enforce the Settlement Agreement or in the Alternative to Reset Matter on Court's Docket (Doc.24) should not be granted.

SO ORDERED.

Date:    3/15/04                      s/Timothy S. Hogan
                                          Timothy S. Hogan
                                          United States Magistrate Judge