UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kathy Gordon Jackson,
    Plaintiff,

v.                                     Case No. C-1-00-813
                                            (Hogan, MJ)

City of Cincinnati, et al.,
    Defendants.

## NOTICE

Please take notice that the above-captioned case has been set for a status conference before the Honorable Timothy S. Hogan on:

Tuesday, April 20, 2004, at 10:30 am
Room 706 Potter Stewart U.S. Courthouse

Timothy S. Hogan
United States Magistrate Judge

  s/Barbara A. Crum
Courtroom Deputy

cc:  All Counsel
bac    March 30, 2004

J:\CRUMBA\FORMS\CALENDAR\2000\00-813.wpd