UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KATHY M. GORDON,<br>    PLAINTIFF | CASE NO. C-1-00-813<br>(HOGAN, M.J.) |
| VS. | |
| CITY OF CINCINNATI, ET. Al.,<br>    DEFENDANTS | |

### ORDER

The Court held a status conference on April 20, 2004, the purpose for which was to discuss Plaintiff's Motion to Enforce the Settlement Agreement (Doc. 24). The status conference was continued until May 26, 2004 at 9:30 A.M. The Court requires the attendance of counsel, Plaintiff and Ms. Carole Callahan, the City's Human Resources Administrator and the person who has the knowledge necessary to advance the purposes of the session.

May 5, 2004
                              s/Timothy S. Hogan
                              Timothy S. Hogan
                              United States Magistrate Judge