# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

KATHY M. GORDON-JACKSON,
    Plaintiff

    vs                                                        Case No. C-1-00-813
                                                                  (Hogan, M.J.)

CITY OF CINCINNATI
METROPOLITAN SEWER DISTRICT,
et. al.,
    Defendants

## ORDER

       This matter came before the Court on June 2, 2004 for a status conference regarding the parties' attempts at settlement. At this time, the Court was notified that the parties had reached a settlement whereby Plaintiff would begin employment with the Cincinnati Water Works. Plaintiff's employment was to begin on June 7, 2004. The parties were instructed to inform the Court by June 4, 2004 in the event the terms of the settlement were not satisfactory. To date, the Court has received no notification that the settlement is unacceptable to either party.

       IT IS THEREFORE ORDERED THAT this action be DISMISSED with prejudice.

SO ORDERED.

Date:   6/8/04                     *s/Timothy S. Hogan*
                                   Timothy S. Hogan
                                   United States Magistrate Judge