October 9, 2002

**(Sent via facsimile transmission only to(513) 352-1515)**
Thomas J. Harris, III
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202

        Re :    *Kathy Gordon-Jackson v. City of Cincinnati, et al.*

Dear Tom:

    In follow up to your undated letter received by me earlier today, please review these suggested changes to the letter for approval and comment.

    In exchange for a dismissal of the above-captioned case, the City of Cincinnati, MSD Department will, in good faith, actively search for a lateral position in the Water Works Department or other Departments in the City of Cincinnati except for the Health Department. Said lateral position will with commensurate salary and benefits and agreeable to Ms. Jackson. The lateral position will also utilize her current qualifications and job skills. Ms. Jackson will not have a probationary period upon the transfer as set out above nor will she lose any seniority she has amassed while working for the City of Cincinnati. The City also is willing to pay reasonable attorney fees in the amount of $12,500.00 when a position for Ms. Jackson is secured by the City of Cincinnati as stated above.

    If a suitable position as described above is not found by the City of Cincinnati within 60 days of the Courts Conditional Entry of Dismissal concerning this matter, Ms. Jackson has the option of setting the above-captioned case back on the trial docket or requesting the Court to extend the Order of Dismissal for additional days to accomplish these items as set out above.


_____      _____
David E. Hardin, Attorney for Plaintiff      Thomas J. Harris, III, Attorney for
                                                            Defendant

# HARDIN, LEFTON, LAZARUS & MARKS, LLC

ATTORNEYS AND COUNSELORS AT LAW

DONALD E. HARDIN
DAVID H. LEFTON
STEPHEN S. LAZARUS*
EDWARD G. MARKS
DAVID E. HARDIN
KIMBERLY A. RUTOWSKI

915 CINCINNATI CLUB BUILDING
30 GARFIELD PLACE
CINCINNATI, OHIO 45202-4322
TELEPHONE: (513) 721-7300
FACSIMILE: (513) 721-7008

OF COUNSEL:
GARY R. LEWIS
GARY R. LEWIS CO., LPA
(513) 665-9222

*ALSO ADMITTED IN D.C.

July 26, 2004

Thomas J. Harris, III
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202

Re: *Gordon-Jackson v. City, et al. / Case No. C-1-00-813*

Dear Tom:

This letter is in follow up to my three (3) recent voice messages to you. The most recent voice message was earlier today at 4:00 p.m.

When we were at the settlement conference with Judge Hogan in early June, 2004, you mentioned that you would get the settlement check to me as soon as possible.

When we last spoke a few weeks back, you mentioned that you would try to elicit the help of the Solicitor to force payment from MSD. I would like to get a definitive update from you on the status of the settlement payment.

Please contact me at 721-7300 or 382-1894 (my cell phone number) at your very earliest with a date for the issuance of the settlement check.

I look forward to hearing from you soon regarding the above.

Very truly yours,

HARDIN, LEFTON, LAZARUS & MARKS, LLC

David E. Hardin

DEH:da
cc:   Ms. Kathy Gordon-Jackson

EXHIBIT 3

## HARDIN, LEFTON, LAZARUS & MARKS, LLC

ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| DONALD E. HARDIN<br>DAVID H. LEFTON<br>STEPHEN S. LAZARUS*<br>EDWARD G. MARKS<br>DAVID E. HARDIN<br>KIMBERLY A. RUTOWSKI | 915 CINCINNATI CLUB BUILDING<br>30 GARFIELD PLACE<br>CINCINNATI, OHIO 45202-4322<br>TELEPHONE: (513) 721-7300<br>FACSIMILE: (513) 721-7008 | OF COUNSEL:<br>GARY R. LEWIS<br>GARY R. LEWIS CO., LPA<br>(513) 665-9222<br><br>*ALSO ADMITTED IN D.C. |

August 3, 2004

Thomas J. Harris, III
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202

Re:   *Gordon-Jackson v. City, et al. / Case No. C-1-00-813*

Dear Tom:

This letter is in follow up to my July 26, 2004 letter to you and our discussion at the courthouse on July 27.

As you mentioned to me on the 27th, you continue to have problems with MSD in obtaining the monetary portion of the settlement. It has been more than two months since the settlement conference in Judge Hogan's chambers, and at this point the $12,500.00 needs to be paid promptly.

I have discussed this with my client, and if we have not received payment of the $12,500.00 by August 16, 2004 she has asked me to again request the court for intervention into the settlement. Namely, a request for interest from MSD from the date of the settlement agreement (October, 2002).

I appreciate any assistance that you can provide in speeding this process. In the interim, if you have any questions or comments please feel free to contact me.

Very truly yours,

HARDIN, LEFTON, LAZARUS & MARKS, LLC

David E. Hardin/da

David E. Hardin

DEH:da
cc:   Ms. Kathy Gordon-Jackson

## HARDIN, LEFTON, LAZARUS & MARKS, LLC

ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| DONALD E. HARDIN<br>DAVID H. LEFTON<br>STEPHEN S. LAZARUS*<br>EDWARD G. MARKS<br>DAVID E. HARDIN<br>KIMBERLY A. RUTOWSKI | 915 CINCINNATI CLUB BUILDING<br>30 GARFIELD PLACE<br>CINCINNATI, OHIO 45202-4322<br>TELEPHONE: (513) 721-7300<br>FACSIMILE: (513) 721-7008 | OF COUNSEL:<br>GARY R. LEWIS<br>GARY R. LEWIS CO., LPA<br>(513) 665-9222<br><br>*ALSO ADMITTED IN D.C. |

September 9, 2004

Thomas J. Harris, III, Esq.
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202

*(Sent via facsimile transmission to
(513) 352-1515 with hard copy follow up)*

Re:   *Gordon-Jackson v. City, et al. / Case No. C-1-00-813*

Dear Tom:

This letter is in follow up to our conversation yesterday afternoon. As we discussed, the settlement check in the above-referenced case, still has not been received by you, and therefore, has not been received by us.

I mentioned to you that I would give an extension until Friday, September 10, 2004, at noon to have the settlement check delivered to me. In the event the settlement check is not received by me by noon on Friday, September 10, 2004, I will be filing a Motion for Interest on the $12,500.00 settlement figure back to October 9, 2002.

You mentioned to me that you would not oppose this motion.

Hopefully, it will not be necessary to file the motion and we can put this matter to rest once and for all. If you have any questions, please feel free to contact me at any time.

Very truly yours,

HARDIN, LEFTON, LAZARUS & MARKS, LLC

David E. Hardin

DEH:jmj
cc:   Ms. Kathy Gordon-Jackson

# HARDIN, LEFTON, LAZARUS & MARKS, LLC

ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| DONALD E. HARDIN<br>DAVID H. LEFTON<br>STEPHEN S. LAZARUS*<br>EDWARD G. MARKS<br>DAVID E. HARDIN<br>KIMBERLY A. RUTOWSKI | 915 CINCINNATI CLUB BUILDING<br>30 GARFIELD PLACE<br>CINCINNATI, OHIO 45202-4322<br>TELEPHONE: (513) 721-7300<br>FACSIMILE: (513) 721-7008 | OF COUNSEL:<br>GARY R. LEWIS<br>GARY R. LEWIS CO., LPA<br>(513) 665-9222<br><br>*ALSO ADMITTED IN D.C. |

September 24, 2004

Thomas J. Harris, III, Esq.
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202

*(Sent via facsimile transmission to*
*(513) 352-1515 with hard copy follow up)*

Re :   *Gordon-Jackson v. City, et al. / Case No. C-1-00-813*

Dear Tom:

This letter is in follow up to our conversation last week and my voice message to you yesterday afternoon.

When we spoke last week, you mentioned to me that you had finally met with Beverly Head and that you felt the settlement check was to be issued either last week or some time this week. I have not heard back from you since last week. Please contact me today with an update on the check.

You asked me to hold off on the Motion and I agreed. It is imperative now that that the check is received today.

In two (2) weeks it will be two (2) years from the date of the settlement agreement. Please give me a cal with a firm date or I will move the Court for interest.

I look forward to speaking with you regarding the above.

Very truly yours,

HARDIN, LEFTON, LAZARUS & MARKS, LLC

David E. Hardin

DEH:jmj
cc:   Ms. Kathy Gordon-Jackson

EXHIBIT 6

# HARDIN, LEFTON, LAZARUS & MARKS, LLC

ATTORNEYS AND COUNSELORS AT LAW

DONALD E. HARDIN
DAVID H. LEFTON
STEPHEN S. LAZARUS*
EDWARD G. MARKS
DAVID E. HARDIN
KIMBERLY A. RUTOWSKI

915 CINCINNATI CLUB BUILDING
30 GARFIELD PLACE
CINCINNATI, OHIO 45202-4322
TELEPHONE: (513) 721-7300
FACSIMILE: (513) 721-7008

OF COUNSEL:
GARY R. LEWIS
GARY R. LEWIS CO., LPA
(513) 665-9222

*ALSO ADMITTED IN D.C.

October 4, 2004

Thomas J. Harris, III, Esq.
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202

*(Sent via facsimile transmission to
(513) 352-1515 with hard copy follow up)*

Re:   *Gordon-Jackson v. City, et al. / Case No. C-1-00-813*

Dear Tom:

This letter is follow up to our telephone conversation of earlier today. I appreciate the update on the status of the settlement check.

It is my understanding from our conversation today, that Beverly Head and MSD has formally executed the payment voucher in the above-referenced case. It is also my understanding that we are merely awaiting Rita McNeil's signature on the same voucher. You represented to me that she will be back in town on Wednesday, October 6, 23004.

Upon Rita's signature, it is also my understanding that the voucher will then go to the treasury department for issuance of the check.

Once again, I appreciate your updates and your assistance in finally resolving this matter. If the above is incorrect or if you have any questions, please feel free to contact me at anytime.

Very truly yours,

HARDIN, LEFTON, LAZARUS & MARKS, LLC

David E. Hardin/da

David E. Hardin

DEH:da
cc:   Ms. Kathy Gordon-Jackson

## HARDIN, LEFTON, LAZARUS & MARKS, LLC

ATTORNEYS AND COUNSELORS AT LAW

DONALD E. HARDIN
DAVID H. LEFTON
STEPHEN S. LAZARUS*
EDWARD G. MARKS
DAVID E. HARDIN
KIMBERLY A. RUTOWSKI

915 CINCINNATI CLUB BUILDING
30 GARFIELD PLACE
CINCINNATI, OHIO 45202-4322
TELEPHONE: (513) 721-7300
FACSIMILE: (513) 721-7008

OF COUNSEL:
GARY R. LEWIS
GARY R. LEWIS CO., LPA
(513) 665-9222

*ALSO ADMITTED IN D.C.

November 4, 2004

Thomas J. Harris, III, Esq.
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202

*(Sent via facsimile transmission to*
*(513) 352-1515 with hard copy follow up)*

Re:   Gordon-Jackson v. City, et al. / Case No. C-1-00-813

Dear Tom:

This letter is follow up to my three separate voice mails to you over the past week. Further, it is in follow up to my several conversations with Julie Bissinger in the above-referenced matter.

Despite repeated representations from you and Julie, I still have not received any additional information about the payment of the settlement amount of $12,500.00 as agreed to by the parties in October, 2002 and as ordered by Judge Hogan in June, 2004.

At your request and at Julie Bissinger's request, I have refrained from filing a Motion for Interest and further intervention by the Court. However, I need a firm date in which I will receive the settlement check. I am getting a great deal of pressure from my client to move forward.

Once again, please contact me at your very earliest convenience to discuss this matter more fully. As you know, my cell phone is 382-1894, you can reach me there at any time. I look forward to hearing from you soon.

Very truly yours,

HARDIN, LEFTON, LAZARUS & MARKS, LLC

David E. Hardin

DEH:da
cc:   Ms. Kathy Gordon-Jackson