UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KATHY GORDON JACKSON | : | CASE NO: C-1-00-813 |
| | : | |
| VS. | : | JUDGE HOGAN |
| | : | |
| CITY OF CINCINNATI, ET AL. | : | MOTION TO EXTEND TIME UNTIL DECEMBER 17, 2004 |
| | : | TO RESPOND TO PLAINTIFF'S MOTION TO ENFORCE JUDGMENT |
| | : | |

Counsel for the City of Cincinnati is seeking the required signatures from City of Cincinnati administrators before Plaintiff's request is forwarded to the City of Cincinnati's Finance Department for payment of the agreed upon attorney's fees. Counsel for the City of Cincinnati will need approximately seven additional days to secure all of the signatures required before the attorney's fees can be released to Plaintiff's counsel

Respectfully submitted,

**JULIA L. McNEIL**
City Solicitor

/s/ Thomas J. Harris
**Thomas J. Harris III (0065946)**
Attorney for the City of Cincinnati et al.
801 Plum Street, Room 214
Cincinnati, Ohio 45202
(513) 352-3321
(513) 352-1515
Email: tom.harris@cincinnati-oh.gov

## CERTIFICATE OF SERVICE

I hereby certify on December 9, 2004, a true and accurate copy of the foregoing Motion to Extend Time was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Thomas J. Harris
**Thomas J. Harris III (0065946)**
Assistant City Solicitor