**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

KATHY M. GORDON-JACKSON,
    Plaintiff

vs                                                                  Case No. C-1-00-813
                                                                   (Hogan, M.J.)

CITY OF CINCINNATI
METROPOLITAN SEWER DISTRICT,
et. al.,
    Defendants

**ORDER**

      This matter is before the Court on Defendant's Motion to Extend Time Until December 17, 2004 to Respond to Plaintiff's Motion to Enforce Judgment (Doc. 35). Defendant represents that it needs an additional seven days in which to secure the signatures necessary to release the agreed upon attorney fees to Plaintiff's counsel. Accordingly, Defendant requests an extension of time until December 17, 2004 in which to respond to Plaintiff's motion.

      **IT IS THEREFORE ORDERED THAT** Defendant's Motion to Extend Time Until December 17, 2004 to Respond to Plaintiff's Motion to Enforce Judgment (Doc. 35) be **GRANTED**.

SO ORDERED.

Date: 12/13/04

                                                Timothy S. Hogan
                                                United States Magistrate Judge