"Exhibit 1"

David E. Hardin   (0066415)
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| KATHY GORDON-JACKSON, | : | CASE NO. : C-1-00-813 |
| Plaintiff, | : | Judge Dlott |
| | : | Magistrate Judge Hogan |
| vs. | : | |
| CITY OF CINCINNATI, et. al. | : | **AFFIDAVIT OF DAVID E. HARDIN IN SUPPORT OF MOTION TO COMPEL AND** |
| Defendants. | : | **REQUEST FOR ATTORNEY'S FEES** |

\* \* \* \* \* \* \* \*

1. I, David E. Hardin, am the trial counsel for the Plaintiff in the above-captioned action.

2. I certify that the following time and fees were expended in connection with motions solely related to representation following the execution of a Settlement Agreement on October 9, 2002 as well as Plaintiff's Motion for Sanctions. The services encompass past Agreement correspondences and preparation and follow-up on two (2) separately filed Motions to Compel.

3. I graduated from the University of Toledo School of Law in 1996 and was admitted to the bar in the State of Ohio in 1996. I am admitted to practice in Ohio as well as this Court.

4. I have extensive experience in civil litigation, having worked for Hardin, Lefton, Lazarus & Marks, LLC, since November, 1996.

5. In my capacity with Hardin, Lefton, Lazarus & Marks, LLC, I have litigated several cases in this Court. I have also previously tried cases to jury in this Court.

6.  I have personally examined our billing records and personally compiled the following statement of attorney's fees. Attached hereto as "Exhibit A", a detailed billing statement evidencing the time expended by the undersigned since the date of the original Settlement Agreement on October 9, 2002.

7.  This case was taken on a contingency basis. However, my hourly rate in investigating a civil rights case is $150.00 per hour. This rate is reasonable for an attorney with my experience in this Court.

FURTHER affiant sayeth naught.

/s/ David E. Hardin
David E. Hardin                    (0066415)
Attorney for Plaintiff Kathy Gordon-Jackson
Hardin, Lefton, Lazarus & Marks, LLC
Suite 915, 30 Garfield Place
Cincinnati, Ohio  45202-4322
(513) 721-7300 (Office)
(513) 721-7008 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit of David E. Hardin has been served upon Thomas J. Harris, III, Assistant City Solicitor, Room 214, City Hall, 801 Plum Street, Cincinnati, Ohio 45202, by the Court's electronic mail program, this 15th day of December, 2004.

/s/ David E. Hardin
David E. Hardin                    (0066415)