**Exhibit "A"**

**HARDIN, LEFTON, LAZARUS & MARKS, LLC**
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202-4322
(513) 721-7300

December 9, 2004

Invoice submitted to:

Ms. Kathy Gordon-Jackson
P.O. Box 14053
Cincinnati, Ohio 45250-0053

_____

SERVICES RENDERED

Professional Services:

| | | Hours | Amount |
|---|---|---|---|
| 10/10/02 | Letter to Kathy re: confidential settlement. Letter to Tom Harris. | 0.75 | $112.50 |
| 1/3/03 | Attempted teleconference to Tom Harris. Letter to Tom Harris and Kathy re: settlement. | 0.75 | 112.50 |
| 1/13/03 | Letter from Tom Harris re: job search. | 0.25 | 37.50 |
| 1/29/03 | Lengthy teleconference with Kathy re: job search. | 0.25 | 37.50 |
| 1/29/03 | Letter to Tom Harris. Letter to Kathy. | 0.50 | 75.00 |
| 3/26/03 | Teleconference to Tom Harris. Left message. Letter to Tom. | 0.50 | 75.00 |
| 3/31/03 | Teleconference with Tom Harris. Letter to Tom. | 0.50 | 75.00 |
| 5/6/03 | Teleconference with Kathy re: job lists, etc. | 0.50 | 75.00 |

Page 2                                                                                                December 9, 2004

| Date | Description | Hours | Amount |
|---|---|---|---|
| 7/25/03 | Left voice mail to Kathy in follow up to her voice mail to me. | 0.25 | 37.50 |
| 10/8/03 | First draft of Motion to Enforce Revisions for filing. | 1.00 | 150.00 |
| 10/9/03 | Revisions to Motion to Enforce for filing with the Court. | 0.75 | 112.50 |
| 10/15/03 | Letter to Kathy.  Letter to Tom Harris. | 0.50 | 75.00 |
| 10/20/03 | Teleconference with Tom Harris re:  job placement.  Teleconference to Kathy, left message. | 0.20 | 30.00 |
| 10/23/03 | Teleconference with Kathy.  Teleconference with Tom Harris.  Letter to Kathy.  Letter to Tom Harris. | 0.75 | 112.50 |
| 10/27/03 | Teleconference with Tom Harris re:  job placement. | 0.25 | 37.50 |
| 10/29/03 | Teleconference with Kathy.  Teleconference with Tom Harris re:  set up meeting regarding settlement monies. | 0.50 | 75.00 |
| 11/3/03 | Teleconference with Thomas Harris.  Review of Motion and Entry re: continuance. | 0.25 | 37.50 |
| 11/4/03 | Three teleconferences with Tom Harris re:  meeting. | 0.25 | 37.50 |
| 11/6/03 | Teleconference with Kathy.  Teleconference with Tom Harris. | 0.25 | 37.50 |
| 11/7/03 | Teleconference with Tom Harris. | 0.25 | 37.50 |
| 11/20/03 | Teleconference with Tom Harris re:  newest jobs available. | 0.10 | 15.00 |
| 12/1/03 | Teleconference with Tom Harris re: | 0.50 | 75.00 |

Page 3                                                                                                    December 9, 2004

|         |                                                                                                  |      |            |
|---------|--------------------------------------------------------------------------------------------------|------|------------|
|         | payment and job. Letter to Tom.                                                                  |      |            |
| 1/14/04 | Letter from Tom Harris.                                                                          | 0.25 | 37.50      |
| 1/19/04 | Lengthy teleconference with Tom Harris. Review of file. Preparation for meeting with Harris on 1/20. | 1.00 | 150.00     |
| 1/20/04 | Conference with Tom Harris, was cancelled by City.                                               | 0.25 | No Charge  |
| 1/28/04 | Teleconference with Kathy.                                                                       | 0.25 | 37.50      |
| 3/2/04  | Letter to Kathy. Letter to Tom Harris.                                                           | 0.50 | 75.00      |
| 3/30/04 | Review of Order from Court re: Status Conference. Letter to Tom Harris. Letter to Kathy.         | 0.50 | 75.00      |
| 4/19/04 | Teleconference with Tom Harris re: hearing/status conference on 4/20, etc.                       | 0.25 | 37.50      |
| 4/21/04 | Court Appearance/Status Report with Judge Hogan.                                                 | 1.00 | 150.00     |
| 4/22/04 | Notice from Court re: Settlement Conference.                                                     | 0.25 | 37.50      |
| 4/26/04 | Teleconference with Kathy. Letter to Kathy Gordon-Jackson. Letter to Tom Harris.                 | 0.75 | 112.50     |
| 5/5/04  | Letter from Tom Harris re: vacant positions.                                                     | 0.25 | 37.50      |
| 5/24/04 | Letter to Tom Harris. Preparation for Settlement Conference on 5/26.                             | 0.25 | 37.50      |
| 5/26/04 | Court appearance/Settlement Conference with Judge Hogan.                                         | 1.00 | 150.00     |
| 6/1/04  | Teleconference with Tom Harris. Teleconference with Kathy re: settlement and jobs.               | 0.75 | 112.50     |

Page 4                                                                                            December 9, 2004

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/2/04 | Court/telephone conference with Judge Hogan. Teleconference with Tom. Teleconfernece with Kathy. | 1.00 | 150.00 |
| 6/9/04 | Court Order from District Court re: settlement. Teleconference with Kathy. | 0.25 | 37.50 |
| 6/11/04 | Teleconference with Kathy re: new job at Water Works. | 0.25 | 37.50 |
| 7/12/04 | Teleconference with Tom Harris re: check from City. Teleconference with Kathy. | 0.25 | 37.50 |
| 7/13/04 | Letter to and teleconference with Tom Harris. | 0.25 | 37.50 |
| 7/28/04 | Teleconference with Kathy. Letter to Kathy. Letter to Tom Harris (dated 7/26). | 0.25 | 37.50 |
| 7/30/04 | Conference with Tom Harris. | 0.25 | 37.50 |
| 9/24/04 | Letter to Tom Harris. Telephone call and voice mail to Tom. | 0.25 | 37.50 |
| 9/30/04 | Teleconference with Tom. Teleconference with Kathy. | 0.25 | 37.50 |
| 10/20/04 | Voice message to Julie Bissinger. Teleconference with Julie. | 0.25 | 37.50 |
| 11/4/04 | Teleconference with Kathy. Letter to Tom Harris. | 0.50 | 75.00 |
| 11/10/04 | Teleconference with Tom Harris. Teleconference with client. | 0.25 | 37.50 |
| 11/17/04 | Preparation of and revisions to Motion to Enforce Settlement Agreement. Teleconference with Tom Harris. | 1.25 | 187.50 |
| 11/19/04 | Teleconference with Kathy. Teleconference | 1.25 | 187.50 |

Page 5                                                                                               December 9, 2004

|  |  |  |  |
|---|---|---:|---:|
|  | with Tom Harris. Final revisions to Motion to Enforce. E-filed with Court. |  |  |
| 11/23/04 | Teleconference with client. Letter to client. | 0.50 | 75.00 |
| 12/7/04 | Preparation of and revisions to Motion for Sanctions and Affidavit in Support. | 1.00 | 150.00 |
| 12/8/04 | Revisions to Motion for Sanctions for filing on 12/9/04. | 0.50 | 75.00 |
|  | For professional services rendered: | 25.55 | $3,795.00 |

### Additional Charges

| | |
|---|---:|
| Photocopies | $81.20 |
| Fax copies | 0.20 |
| Total of additional charges: | $81.40 |
| **TOTAL BALANCE DUE:** | **$3,876.40** |