David E. Hardin    (0066415)<br/>
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| KATHY GORDON-JACKSON, | : | CASE NO. : C-1-00-813 |
| Plaintiff, | : | Judge Dlott |
| | : | Magistrate Judge Hogan |
| vs. | : | **PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME** |
| CITY OF CINCINNATI, et. al. | : | |
| Defendants. | : | |

\* \* \* \* \* \* \* \*

Now comes the Plaintiff, by and through counsel, and hereby submits her opposition to Defendant's Motion for Extension of Time entered in this matter on December 9, 2004.

Plaintiff filed a second Motion to Enforce Settlement and to Access costs on November 19, 2004. Defendant was served with this Motion on November 19, 2004. The Plaintiff's Motion was filed more than two (2) years after the date of execution of the Settlement Agreement and nearly six (6) months after Defendant partially performed on the Agreement by transferring Plaintiff to a lateral position consistent with the October 9, 202 agreement.

Plaintiff has made several phone calls, sent repeated correspondences and has now filed three (3) separate Motions to Enforce. Despite the voluminous attention given to this matter by Plaintiff, the ambivalence shown by the Defendant to abide by the terms of the October 9, 2002 Settlement Agreement, and the numerous representations that the settlement monies were forthcoming, nothing has been received nor has Plaintiff been informed of a date for receipt.

Now, more than twenty-six (26) months after the execution of the Agreement and after its time as run to file a response under the Local rules, Defendant is requesting an extension to file a response.

Too much time has passed already. Justice requires an expeditious resolution to this Motion to Enforce.

Based on the above, Plaintiff respectfully requests this Court to deny Defendant's Motion for Extension of time.

Respectfully Submitted,

/s/ David E. Hardin
David E. Hardin                              (0066415)
Attorney for Plaintiff Kathy Gordon-Jackson
Hardin, Lefton, Lazarus & Marks, LLC
Suite 915, 30 Garfield Place
Cincinnati, Ohio  45202-4322
(513) 721-7300 (Office)
(513) 721-7008 (Fax)

## NOTICE OF HEARING

A Hearing on the above Motion and Motion to enforce Settlement has been scheduled for the _____ day of _____, 200_ before the honorable Magistrate Judge Timothy Hogan at the United States District Court, Potter Stewart Federal Courthouse, Cincinnati, Ohio.

/s/ David E. Hardin
David E. Hardin                              (0066415)
Attorney for Plaintiff Kathy Gordon-Jackson

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Sanctions has been served upon Tom Harris, Assistant City Solicitor, Room 214, City Hall, 801 Plum Street, Cincinnati, Ohio  45202, by the Court's electronic mail program, this 15th day of December, 2004.

/s/ David E. Hardin
David E. Hardin                              (0066415)