UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KATHY GORDON JACKSON | : | CASE NO: C-1-00-813 |
| | : | |
| VS. | : | JUDGE HOGAN |
| | : | |
| CITY OF CINCINNATI, ET AL. | : | CITY OF CINCINNATI'S RESPONSE TO PLAINTIFF'S MOTION TO ENFORCE JUDGMENT |
| | : | |

Counsel for the City of Cincinnati has obtained all of the necessary and required signatures from City of Cincinnati administrators concerning the payment of the agreed upon attorney's fees. The payment voucher has been forwarded to the Department of Finance for payment for the agreed upon amount.

Respectfully submitted,

**/s/ Thomas J. Harris, III**
Thomas J. Harris III (0065946)
Attorney for the City of Cincinnati et al.
801 Plum Street, Room 214
Cincinnati, Ohio 45202
(513) 352-3321
FAX: (513) 352-1515
Email: tom.harris@cincinnati-oh.gov

**CERTIFICATE OF SERVICE**

      I hereby certify on   December 17, 2004, a true and accurate copy of the foregoing City of Cincinnati's Response to Motion to Enforce Judgment was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

      **/s/ Thomas J. Harris**
      Thomas J. Harris III (0065946)