David E. Hardin    (0066415)
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| KATHY GORDON-JACKSON, | : | CASE NO. : C-1-00-813 |
| Plaintiff, | : | |
| | : | Judge Hogan |
| vs. | : | |
| | | **PLAINTIFF'S NOTICE/SUPPLEMENT** |
| CITY OF CINCINNATI, et. al. | : | **TO PLAINTIFF'S MOTIONS TO ENFORCE SETTLEMENT AND FOR** |
| Defendants. | : | **SANCTIONS** |

\* \* \* \* \* \* \* \*

In its December 17, 2004 Response, Defendant City made the following representations to this Court that "all of the necessary and required signatures from City of Cincinnati administrators concerning the payment of the agreed upon attorney fees" and "the payment voucher has been forwarded to the Department of Finance for payment for the agreed upon amount." Nearly one month has passed and no payment has been received as represented by Defendant. Based on this repeated pattern of stalling by Defendant City, Plaintiff respectfully requests the Court to rule on Plaintiff's pending Motions or schedule a hearing on this matter as soon as possible.

Respectfully Submitted,

/s/ David E. Hardin
David E. Hardin                    (0066415)
Attorney for Plaintiff Kathy Gordon-Jackson
Hardin, Lefton, Lazarus & Marks, LLC
Suite 915, 30 Garfield Place
Cincinnati, Ohio  45202-4322
(513) 721-7300 (Office)
(513) 721-7008 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify on January 14, 2005, a true and accurate copy of Plaintiff's foregoing Notice/Supplement to Plaintiff's Motion to Enforce Settlement and for Sanctions, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David E. Hardin
David E. Hardin                (0066415)