UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kathy M Gordon-Jackson,
    Plaintiff(s),

v.                        Case Nos. 1:00cv0813
                                (Consent Case ; Hogan, M.J)

Metropolitan Sewer District of
Greater Cincinnati, et al.,
    Defendant(s).

## NOTICE

    Please take notice that the above-captioned case has set for a Hearing on Plaintiff's Motion to Enforce Judgment (Doc.34); and Plaintiff's Motion for Sanctions (Doc.37) before the Honorable Timothy S. Hogan on:

**Tuesday, June 14, 2005 at 10:00 am**

**Courtroom 701, US Courthouse Building, 100 East Fifth Street, Cincinnati, Ohio.**

                                                      Timothy S. Hogan
                                                      United States Magistrate Judge


                                                       s/Arthur W. Hill
                                                      Courtroom Deputy

cc:    All Counsel
       awh     May 20, 2005