

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2005 JUN 14  AM 11: 18

Kathy M Gordon-Jackson
    Plaintiff(s),

v.

Case No.  1:00cv0813
(Consent Case; Hogan, M.J.)

Metropolitan Sewer District of Greater
Cincinnati, et al.,
    Defendant(s)

## CIVIL MINUTES
Hearing on Plaintiff's Motion to Enforce Judgment (doc.34)
before the
**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**
**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Linda Smith
**COURT REPORTER:** Betty Schwab, Official Reporter
**DATE:** June 14, 2005      **TIME:** 10:00am

Attorney for Plaintiff(s): David Hardin, Esq.

Attorney for Defendant(s): Stacy Wall, Esq.

### WITNESSES

### PROCEDURES
✓ Counsel Present
___ Arguments heard on _____
___ Court's decision to follow.
___ Court ordered in open court that _____

Remarks: Π Withdraws Motion for Sanctions (Doc. 37).